Reginald L. Baker, F-24891
P.O. Box 7500
Crescent City, CA 95532

PRO SE

FILED
08 JUL 28
RICHARD W. WIEKING
U.S. DISTRICT COURT
[CALIFORNIA]

ORIGINAL

(PR)
CW

United States District Court
Northern District of California

CV 08 3592

| Reginald L. Baker, | CASE NO: |
| --- | --- |
| Plaintiff, | |
| v. | Motion For The Appointment Of Counsel (28 U.S.C. § 1915(d)) (With Declaration In Support Thereof) |
| M. Cate, Secretary CDCR, et al. | |
| Defendants. | |

Plaintiff Reginald L. Baker, pursuant to 28 U.S.C. § 1915, requests this Court to appoint counsel to represent him in the above-entitled case for the following reasons:

1. The Plaintiff is unable to afford counsel, he is, in fact, indigent, proceeding In Forma Pauperis with no outside resources.

2. The issues involved in this case are complex.

3. The Plaintiff, an inmate at Pelican Bay State Prison, has extremely limited access to the facility law library.

4. The Plaintiff has no legal training or knowledge of the law, courtroom procedure, or rules of evidence.

DATED: 7-21-08

Respectfully Submitted,

Reginald L. Baker
Reginald L. Baker, Pro Se

## DECLARATION OF REGINALD L. BAKER

I DO HEREBY DECLARE THAT THE FOLLOWING STATEMENTS ARE TRUE, AND MADE IN SUPPORT OF THE ATTACHED MOTION FOR APPOINTMENT OF COUNSEL.

1. I AM THE PLAINTIFF IN THE ABOVE-ENTITLED ACTION, A CIVIL RIGHTS COMPLAINT, PURSUANT TO 42 U.S.C. § 1983, ALLEGING A VIOLATION OF MY FIRST AMENDMENT RIGHT TO FREEDOM OF EXPRESSION, SPEECH, ETC.

2. I HAVE PRESENTED AN ISSUE OF SUBSTANCE, ALLEGING THAT THE DEPARTMENT OF CORRECTIONS AND REHABILITATION HAS A <u>TOTAL</u> BAN ON ALL SEXUALLY EXPLICIT MATERIAL ENTERING THE FACILITIES OF THE STATE. AS SUCH THE CASE HAS MERIT DESERVING OF THE APPOINTMENT OF COUNSEL, WHICH I CANNOT AFFORD DUE TO INDIGENCY.

3. I HAVE A LIMITED EDUCATION, NO ABILITY TO FORM LEGAL THEORY OR ARGUMENT. I AM CURRENTLY BEING ASSISTED BY INMATES WITH A VERY BASIC UNDERSTANDING OF THE LAW, WHO ARE SUBJECT TO TRANSFER AT ANYTIME. SHOULD THAT OCCUR I WOULD BE UNABLE TO PROSECUTE THIS CASE.

4. I NEED COUNSEL APPOINTED TO ASSIST ME WITH ANY INVESTIGATION WHICH MAY BE REQUIRED; TO INTERVIEW AND DEPOSE THE NUMEROUS DEFENDANTS IN THE CASE; TO PROPERLY PRESENT THE FACTS OF THE CASE TO A JURY; TO PROPERLY CROSS-EXAMINE DEFENSE WITNESSES AT TRIAL; TO LOCATE AND SECURE THE SERVICES OF ANY EXPERT WITNESSES WHICH MAY BE NECESSARY. I AM CHALLENGING THE CONSTITUTIONALITY OF A PRISON REGULATION AND NEED COUNSEL TO INVESTIGATE ITS APPLICATION AND THE VALIDITY OF THE ALTERNATIVES SUGGESTED. IN <u>ABDULLAH V. GUNTER</u> 949 F.2d 1032, 1036, THE 8th CIRCUIT RECOGNIZED THE NEED FOR THE APPOINTMENT OF COUNSEL IN A SIMILAR CIRCUMSTANCE.

//

//

//

-2- BAKER V. CATE, ET AL.

5. THE APPOINTMENT OF COUNSEL IN THIS CASE WILL INSURE A SPEEDY, ARTICULATE, PROSECUTION OF THE CASE, THEREBY SAVING THE COURT'S TIME AND VERY LIMITED RESOURCES. THE INTERESTS OF JUSTICE TRULY WARRANT THE APPOINT OF COUNSEL HERE.

I DO HEREBY DECLARE UNDER THE PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. § 1746, THAT THE FOREGOING IS TRUE AND CORRECT. SIGNED THIS 21 DAY OF JULY, 2008, AT PELICAN BAY STATE PRISON, LOCATED IN CRESCENT CITY, CALIFORNIA; COUNTY OF DEL NORTE.

*Reginald L. Baker*
REGINALD L. BAKER, DECLARANT
PRO SE

//

//

//

//

//

//