FILED
08 JUL 28 AM 10: 38
RICHARD W. WIEKING
U.S. DISTRICT COURT
N.D. CALIFORNIA

(PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08    CW    3592

| REGINALD L. BAKER  Plaintiff, | ) | CASE NO. _____ |
|---|---|---|
| vs. | ) | PRISONER'S |
| M. CATE, SECRETARY CDCR, ET AL. | ) | APPLICATION TO PROCEED |
|  | ) | IN FORMA PAUPERIS |
| Defendant. | ) |  |

I, REGINALD BAKER_____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ____  No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: STATE PRISONER_____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA

1

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  STATE PRISONER - I'VE BEEN IN CUSTODY SINCE I WAS A TEEN-
4  AGER, AND HAVE NEVER BEEN EMPLOYEED.
5  _____

6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8       a.   Business, Profession or                           Yes ___ No ✓
9            self employment
10      b.   Income from stocks, bonds,                        Yes ___ No ✓
11           or royalties?
12      c.   Rent payments?                                    Yes ___ No ✓
13      d.   Pensions, annuities, or                           Yes ___ No ✓
14           life insurance payments?
15      e.   Federal or State welfare payments,                Yes ___ No ✓
16           Social Security or other govern-
17           ment source?

18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  N/A
21  _____

22  3.   Are you married?                                      Yes ___ No ✓
23  Spouse's Full Name: N/A
24  Spouse's Place of Employment: N/A
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $ N/A          Net $ N/A
27  4.   a.   List amount you contribute to your spouse's support : $ _____
28       b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____                - 2 -

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  __N/A_____
4  _____
5  5.   Do you own or are you buying a home?          Yes ____ No __✓__
6  Estimated Market Value: $_____ Amount of Mortgage: $_____
7  6.   Do you own an automobile?                     Yes ____ No __✓__
8  Make _____ Year _____ Model _____
9  Is it financed? Yes _____ No _____ If so, Total due: $ _____
10 Monthly Payment: $ _____
11 7.   Do you have a bank account? Yes ____ No __✓__ (Do not include account numbers.)
12 Name(s) and address(es) of bank: _____
13 _____
14 Present balance(s): $ _____
15 Do you own any cash? Yes ____ No __✓__ Amount: $ _____
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.)  Yes ____ No __✓__
18 _____
19 8.   What are your monthly expenses?  *STATE PRISONER*
20 Rent: $ __N/A_____ Utilities: __N/A_____
21 Food: $ _____ Clothing: _____
22 Charge Accounts:
23 Name of Account              Monthly Payment              Total Owed on This Acct.
24 __N/A_____  $ _____            $ _____
25 _____  $ _____            $ _____
26 _____  $ _____            $ _____
27 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)
PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____            - 3 -

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___  No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

     I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

     I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

X _____      X *Reginald L Baker*

   DATE                     SIGNATURE OF APPLICANT

Case Number:_____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Reginald Larue Baker  F24891</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>1.12</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>1.69</u>.    (20%= $0.34)

Dated: 7/14/08                                   _____
                                                Authorized officer of the institution

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-14-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 14, 2008

ACCOUNT NUMBER : F24891                          BED/CELL NUMBER: BF07L 000000109U
ACCOUNT NAME   : BAKER, REGINALD LARUE           ACCOUNT TYPE: I
PRIVILEGE GROUP: B

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/01/2008 | | BEGINNING BALANCE | | | | | 0.00 |
| 01/11 | *DD30 | CASH DEPOSIT | 2957RF#107 | | 6.71 | | 6.71 |
| 01/15 | W530 | DAMAGES - ID | 3016 | | | 5.00 | 1.71 |
| 03/03 | FC02 | DRAW-FAC 2 | 3802 B8MU | | | 1.71 | 0.00 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 04/13/06                          CASE NUMBER: 05CR8970
COUNTY CODE: AMA                                  FINE AMOUNT: $   2,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 01/01/2008 | | BEGINNING BALANCE | | 1,974.35 |
| 01/11/08 | DR30 | REST DED-CASH DEPOSIT | 7.45- | 1,966.90 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 6.71 | 6.71 | 0.00 | 0.00 | 0.00 |

CURRENT AVAILABLE BALANCE
----------
0.00



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-14-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE